## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## EASTERN DIVISION

JACQUELINE PORTER        )
WILLIAM PORTER,            )
                           )
       Plaintiffs,          )       CASE NO.
                           )
v.                       )       3:06-CV-373-SRW
                           )
KEITH D. PATTERSON;      )
TRAVELERS INDEMNITY      )
INSURANCE COMPANY, et al.,    )
                           )
       Defendants.         )

## ANSWER

**COMES NOW** the defendant designated as Travelers Indemnity Insurance

Company and answers the Complaint of the plaintiffs as follows:

1. Admitted.

2. Admitted.

3. Admitted.

4. Denied.

5. Admitted.

6. Defendant adopts and incorporates its previous answers as if fully set out

herein.

7. Defendant admits that the accident occurred on May 3, 2004 on Crawford

Road, Russell County, AL. Defendant denies the remaining averments contained

in this paragraph.

8.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the averment asserted.

9.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the averment.

10.    Defendant adopts and incorporates its previous answers as if fully set out herein.

11.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the averment asserted.

12.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the averment asserted.

13.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the averment asserted.

14.    Defendant adopts and incorporates its previous answers as if fully set out herein.

15.    Defendant admits that the accident occurred but is without knowledge or information sufficient to form a belief as to the truth of the remaining averment asserted.

16.    Admitted.

17.    Defendant admits that an accident occurred on May 2, 2004 and that a policy of insurance was in full force and effect but is without knowledge or information sufficient to form a belief as to the truth of the remaining averment.

18.     Defendant admits that it received notice of the accident and of the allegations of the purported injuries allegedly sustained by the plaintiffs. Defendant denies the remaining averments.

19.     Defendant admits that a request for benefits has been made.

20.     Defendant adopts and incorporates its previous answers as if fully set out herein.

21.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the averment.

## FIRSTAFFIRMATIVE DEFENSE

Defendant asserts that an intervening and superseding act proximately caused the damages caused by the plaintiffs.

## SECOND AFFIRMATIVE DEFENSE

Defendant asserts the defense of set-off.

## THIRD AFFIRMATIVE DEFENSE

Defendant asserts the defense of satisfaction of damages.

## FOURTH AFFIRMATIVE DEFENSE

Defendant asserts the defense of sudden emergency.

## FIFTH AFFIRMATIVE DEFENSE

Defendant asserts the defense of last of clear chance.

## SIXTH AFFIRMATIVE DEFENSE

Plaintiffs failed to exercise reasonable care for their own safety and are not entitled to recover herein.

## SEVENTH AFFIRMATIVE DEFENSE

Plaintiffs were contributory negligent and are not entitled to recover herein.

## EIGHTH AFFIRMATIVE DEFENSE

Plaintiffs assumed the risk of any injury that occurred as a result of their conduct and are not entitled to recover herein.

## NINTH AFFIRMATIVE DEFENSE

Plaintiffs failed to mitigate their damages and are not entitled to recover herein.

## TENTH AFFIRMATIVE DEFENSE

Punitive damages are unconstitutional under the Constitutions of the United States and the State of Alabama.

**Defendant demands a trial by jury.**

/s/Paige H. Sykes
ASB 4858-K64P
ATTORNEY FOR DEFENDANT,
The Travelers Indemnity Company of
America

**OF COUNSEL:**
**ROGERS & ASSOCIATES**
Suite 650
3000 Riverchase Galleria
Birmingham, Alabama  35244
(205) 982-4620

## CERTIFICATE OF SERVICE

I hereby certify that on April 26, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Douglas J.  Fees, Esquire
The Cochran Firm
401-403 Madison Street
P.O. Box 508
Huntsville, AL 35804

Stan A. Martin, Esquire
P.O. Box 2526
Opelika, AL 36803-2526

Respectfully submitted,

/s/ Paige H. Sykes
ROGERS & ASSOCIATES
3000 Riverchase Galleria
Suite 650
Birmingham, AL 35244
(205) 982-4635
(205) 982-4630
E-mail:  psykes@spt.com
ASB-4858-K64P