## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## EASTERN DIVISION

| | | |
|---|---|---|
| JACQUELINE PORTER & <br> WILLIAM PORTER, | ) <br> ) <br> ) | |
| Plaintiffs, | ) <br> ) | CASE NO. |
| v. | ) <br> ) | 3:06-CV-373-SRW |
| KEITH D. PATTERSON; <br> TRAVELERS INDEMNITY <br> INSURANCE COMPANY, et al., | ) <br> ) <br> ) <br> ) | |
| Defendants. | ) | |

### DEFENDANT'S RESPONSE TO REQUEST FOR ADMISSIONS

**COMES NOW** the defendant designated as Travelers Indemnity Insurance Company and in response to the Request for Admissions propounded by the plaintiffs, states as follows:

1. On or about 2 May 2005, Jacqueline Porter and William Porter were involved in an automobile wreck on Crawford Road, a public roadway in Russell County Alabama.

*RESPONSE:*   **Admitted.**

2. The Circuit Court of Russell County is the correct and proper venue for the present action.

*RESPONSE:*   **Denied.**

3. Prior to the 2nd day of May 2005, Travelers Insurance Company had issued a policy of insurance including liability and uninsured/underinsured motorist coverage insuring Jacqueline Porter and William Porter and said policy was in full force and effect.

*RESPONSE:*   **Denied.**

4. At the time of the incident made the basis of Plaintiffs' complaint, Jacqueline Porter and William Porter were insured under the policy of insurance issued by Travelers Insurance Company.

*RESPONSE:*   **Denied.**

5. Plaintiffs duly notified this defendant of their claims under the applicable insurance policy.

*RESPONSE:*   **Admitted.**

6. At the time of the incident made the basis of Plaintiffs' complaint, Keith D. Patterson was an uninsured/underinsured motorist.

*RESPONSE:*   **Denied.**

7. At the time of the incident made the basis of Plaintiffs' complaint, Keith D. Patterson was driving in an uninsured/underinsured vehicle.

*RESPONSE:*   **Denied.**

/s/ Paige H. Sykes
ASB 4858-K64P
ATTORNEY FOR DEFENDANT,
The Travelers Indemnity Company of America

**OF COUNSEL:**
Rogers & Associates
3000 Riverchase Galleria
Suite 650
Birmingham, AL 35244
(205) 982-4620

## CERTIFICATE OF SERVICE

     I hereby certify that on April 26, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Douglas J. Fees, Esquire
The Cochran Firm
401-403 Madison Street
P.O. Box 508
Huntsville, AL 35804

Stan A. Martin, Esquire
P.O. Box 2526
Opelika, AL 36803-2526

                                                  Respectfully submitted,

                                                  /s/ Paige H. Sykes
                                                  ROGERS & ASSOCIATES
                                                  3000 Riverchase Galleria
                                                  Suite 650
                                                  Birmingham, AL 35244
                                                  (205) 982-4635
                                                  (205) 982-4630
                                                  E-mail: psykes@spt.com
                                                  ASB-4858-K64P