## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## EASTERN DIVISION

| | | |
|---|---|---|
| JACQUELINE PORTER & WILLIAM PORTER, | ) ) ) | |
| Plaintiffs, | ) ) | CASE NO. |
| v. | ) ) | 3:06-CV-373-SRW |
| KEITH D. PATTERSON; TRAVELERS INDEMNITY INSURANCE COMPANY, et al., | ) ) ) ) ) | |
| Defendants. | ) | |

## DISCLOSURE STATEMENT OF THE TRAVELERS INDEMNITY COMPANY OF AMERICA PURSUANT TO FEDERAL RULE 7.1

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for Defendant, more properly known as The Travelers Indemnity Company of America ("Travelers"), hereby certifies that The Travelers Indemnity Company of America is a wholly-owned subsidiary of The St. Paul Travelers Companies, Inc., a publicly traded company.

Respectfully Submitted,

/s/Paige H. Sykes
ASB 4858-K64P
ATTORNEY FOR DEFENDANT,
The Travelers Indemnity Company of America

**OF COUNSEL:**
ROGERS AND ASSOCIATES
3000 Riverchase Galleria, Suite 650
Birmingham, Alabama 35242
(205) 982-4620

## CERTIFICATE OF SERVICE

I hereby certify that on April 26, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Douglas J. Fees, Esquire
The Cochran Firm
401-403 Madison Street
Huntsville, AL 35804

Stanley A. Martin, Esquire
P.O. Box 2526
Opelika, AL 36803-2526

Respectfully submitted,

/s/ Paige H. Sykes
ROGERS & ASSOCIATES
3000 Riverchase Galleria
Suite 650
Birmingham, Alabama  35244
(205) 982-4635
(205) 982-4630 – FAX
E-mail:  psykes@spt.com
ASB – 4858-K64P