IN THE UNITED STATES DISTRICT COURT OF THE
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

RECEIVED
2006 APR 25 A 9: 54

| | | |
|---|---|---|
| **JACQUELINE PORTER AND WILLIAM PORTER,** | * | |
| Plaintiffs, | * | |
| v. | * | Case No. 3:06cv373-SRW |
| **KEITH D. PATERSON; TRAVELERS INDEMNITY INSURANCE COMPANY; et al.,** | * | |
| Defendants. | * | |

## CERTIFICATE

I, Stanley A. Martin, the attorney for the Defendant Keith D. Patterson, in the above-styled cause, do hereby certify that I have on this 24th day of April, 2006, served a copy of this Joint Notice of Removal for the above-styled cause from the Circuit Court of Russell County, Alabama, to the United States District Court for the Middle District of Alabama, Eastern Division, upon the Honorable Douglas J. Fees, attorney for the Plaintiffs, by mailing a copy of the same to his proper mailing address of Post Office Box 508, Huntsville, Alabama 35801.

I do further certify that I have this 24th day of April, 2006, served a copy of the Joint Notice of Removal with the Clerk of the Circuit Court of Russell County, Alabama, by mailing a copy of said Joint Notice of Removal to The Honorable Kathy Coulter, Clerk of the Circuit Court of Russell County, Alabama, to her proper mailing address of Post Office Box 518, Phenix City, Alabama 36868-0518.

_____
Stanley A. Martin (MAR049)
Attorney for Defendant
Keith D. Patterson

Post Office Box 2526
Opelika, Alabama 36803-2526
(334) 749-4142
(334) 749-4131 FAX