# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# EASTERN DIVISION

| | | |
|---|---|---|
| JACQUELINE PORTER & WILLIAM PORTER, | ) ) ) | |
| Plaintiffs, | ) ) | CASE NO. |
| v. | ) ) | 3:06-CV-373-SRW |
| KEITH D. PATTERSON; TRAVELERS INDEMNITY INSURANCE COMPANY, et al., | ) ) ) ) ) | |
| Defendants. | ) | |

## MOTION TO WITHDRAW

John D. Gleissner hereby moves the Court to grant this Motion to Withdraw, since the defense of The Travelers Indemnity Company of America has been taken over by the Honorable Paige H. Sykes. Paige H. Sykes has already filed an appearance on behalf of The Travelers Indemnity Company of America.

WHEREFORE, John D. Gleissner hereby moves the Court to permit his withdrawal as an attorney in this case.

Respectfully Submitted,

/s/ John D. Gleissner
ASB 1534-N42J
ATTORNEY FOR DEFENDANT,
The Travelers Indemnity Company of America

**OF COUNSEL:**
ROGERS AND ASSOCIATES
3000 Riverchase Galleria, Suite 650
Birmingham, Alabama 35242
(205) 982-4620

## **CERTIFICATE OF SERVICE**

      I hereby certify that on May 9, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Douglas J. Fees, Esquire
The Cochran Firm
401-403 Madison Street
Huntsville, AL 35804

Stanley A. Martin, Esquire
P.O. Box 2526
Opelika, AL 36803-2526

                Respectfully submitted,

                /s/ John D. Gleissner
                ROGERS & ASSOCIATES
                3000 Riverchase Galleria
                Suite 650
                Birmingham, Alabama  35244
                (205) 982-4624
                (205) 982-4630 – FAX
                E-mail:  jgleissn@spt.com
                ASB – 1534 – N42J