IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| JACQUELINE PORTER & WILLIAM PORTER, | ) ) ) |
| Plaintiffs, | ) ) CASE NO. |
| v. | ) ) 3:06-CV-373-SRW |
| KEITH D. PATTERSON; TRAVELERS INDEMNITY INSURANCE COMPANY, et al., | ) ) ) ) ) |
| Defendants. | ) ) |

## MOTION TO WITHDRAW

John D. Gleissner hereby moves the Court to grant this Motion to Withdraw, since the defense of The Travelers Indemnity Company of America has been taken over by the Honorable Paige H. Sykes. Paige H. Sykes has already filed an appearance on behalf of The Travelers Indemnity Company of America.

WHEREFORE, John D. Gleissner hereby moves the Court to permit his withdrawal as an attorney in this case.

Respectfully Submitted,

/s/ John D. Gleissner
ASB 1534-N42J
ATTORNEY FOR DEFENDANT,
The Travelers Indemnity Company of America

**MOTION GRANTED**
THIS 9th DAY OF May, 2006
UNITED STATES MAGISTRATE JUDGE