IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA

RECEIVED

Jacqueline Porter, et al.,  )
                            )         2006 JUN -5 A 9:39
       Plaintiff(s),        )
                            )         DEBRA P. HACKETT, CLK
                            )         U.S. DISTRICT COURT
v.                          )         MIDDLE DISTRICT ALA
                            )         CIVIL ACTION NO. 3:06cv373-SRW
Keith D. Patterson, et al., )
                            )
       Defendant(s).        )

**CONSENT TO JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE**

In accordance with the provisions of Title 28, U.S.C. § 636(c), the undersigned party or parties to the above-captioned civil matter who previously have indicated their consent to the jurisdiction of a Magistrate Judge of this Court, hereby confirm in writing their consent to a United States Magistrate Judge conducting any and all further proceedings in the case, including trial, and ordering the entry of a final judgment.

6/2/06
Date

*[Signature]*
Signature

Keith D. Patterson
Counsel For (**print** name of all parties)

P.O. Box 2526, Opelika, AL 36803-2526
Address, City, State Zip Code

334.749.4142
Telephone Number

**DO NOT FILE THIS DOCUMENT ELECTRONICALLY.**
Please mail to:
**Clerk, United States District Court
Post Office Box 711
Montgomery, AL 36101**