RECEIVED

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA

2006 JUN -5 A 9: 47

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | |
|---|---|
| Jacqueline Porter and William Porter, ) | |
| ) | |
| Plaintiff(s), ) | |
| ) | CIVIL ACTION NO. 3:06cv373-SRW |
| v. ) | |
| ) | |
| Keith D. Patterson, et al., ) | |
| ) | |
| Defendant(s). ) | |

**CONSENT TO JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE**

In accordance with the provisions of Title 28, U.S.C. § 636(c), the undersigned party or parties to the above-captioned civil matter who previously have indicated their consent to the jurisdiction of a Magistrate Judge of this Court, hereby confirm in writing their consent to a United States Magistrate Judge conducting any and all further proceedings in the case, including trial, and ordering the entry of a final judgment.

6-2-06
Date

Signature DOUGLAS J. FEES
The Cochran Firm –Huntsville

Jacqueline Porter, William Porter
Counsel For (print name of all parties)

401-403 Madison St., Huntsville, AL 35801
Address, City, State Zip Code

(256) 536-1199
Telephone Number

**DO NOT FILE THIS DOCUMENT ELECTRONICALLY.**
Please mail to:
Clerk, United States District Court
Post Office Box 711
Montgomery, AL 36101