IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| JACQUELINE PORTER & <br> WILLIAM PORTER, | ) <br> ) <br> ) | |
| Plaintiffs, | ) <br> ) | CASE NO. |
| v. | ) <br> ) | 3:06-CV-373-SRW |
| KEITH D. PATTERSON; <br> TRAVELERS INDEMNITY <br> INSURANCE COMPANY, et al., | ) <br> ) <br> ) <br> ) | |
| Defendants. | ) | |

**CONSENT TO JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE**

In accordance with the provisions of Title 28, U.S.C. § 636(c), the undersigned party or parties to the above-captioned civil matter who previously have indicated their consent to the jurisdiction of a Magistrate Judge of this Court, hereby confirm in writing their consent to a United States Magistrate Judge conducting any and all further proceedings in the case, including trial, and ordering the entry of a final judgment.

_____        _____
Date                                                    Signature

_____
Counsel For (**print** name of all parties)

_____
Address, City, State Zip Code

_____
Telephone