IN THE UNITED STATES DISTRICT COURT OF THE
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| JACQUELINE PORTER and<br>WILLIAM PORTER,<br><br>  Plaintiffs,<br><br>v.<br><br>KEITH D. PATTERSON and TRAVELERS<br>INDEMNITY INSURANCE COMPANY,<br><br>  Defendants. | *<br>*<br>*<br>*<br>*<br>*   Case No. 3:06cv373-SRW<br>*<br>*<br>*<br>*<br>* |

## REPORT OF MEDIATOR

COMES NOW, James A. Rives, Mediator for the above-styled cause, and reports to the Court that this case was mediated to settlement on October 27, 2006, with the parties to exchange the appropriate dismissal documents within the next several days.

Respectfully submitted,

_____
JAMES A. RIVES (RIV005)
Mediator

OF COUNSEL:

BALL, BALL, MATTHEWS & NOVAK, P.A.
Post Office Box 2148
Montgomery, Alabama 36102-2148
Telephone: (334)387-7680

## CERTIFICATE OF SERVICE

I certify that the foregoing document has been served upon the following by placing copy of same in the United States Mail, first class, postage prepaid and properly addressed on this the 13 day of November, 2006:

Paige Sykes, Esq.
Rogers & Associates
3000 Riverchase Galleria, Suite 650
Birmingham, Alabama 35244

Douglas J. Fees, Esq.
The Cochran Firm
P.O. Box 508
Huntsville, Alabama 35804

Stanley A. Martin, Esq.
400 Second Avenue
P.O. Box 2526
Opelika, Alabama 36801

OF COUNSEL