IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| JACQUELINE PORTER and WILLIAM PORTER, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) CIVIL ACTION NO. 3:06cv373-SRW |
| KEITH D. PATTERSON and TRAVELERS INDEMNITY INSURANCE COMPANY, | ) ) ) ) ) |
| Defendants. | ) |

## ORDER

On October 27, 2007, the parties mediated this case. At the conclusion of the mediation conference, the parties announced that they have reached a settlement. Accordingly, it is

ORDERED that on or before February 15, 2007, the parties shall file a joint motion to dismiss or other appropriate pleadings.

DONE, this 31st day of January, 2007.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE