IN THE UNITED STATES DISTRICT COURT OF THE
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| **JACQUELINE PORTER AND** | * | |
| **WILLIAM PORTER,** | * | |
| | * | |
| Plaintiffs, | * | |
| | * | |
| v. | * | |
| | * | Case No. 3:06cv373-SRW |
| **KEITH D. PATERSON; TRAVELERS** | * | |
| **INDEMNITY INSURANCE COMPANY;** | * | |
| **et al.,** | * | |
| | * | |
| Defendants. | * | |

## JOINT MOTION TO DISMISS WITH PREJUDICE

Come now the Plaintiffs Jacqueline Porter and William Porter, by and through their attorney of record, and the Defendants Keith D. Patterson and Travelers Indemnity Insurance Company, by and through their attorneys of record, and jointly move the Court to dismiss with prejudice all claims of the Plaintiffs Jacqueline Porter and William Porter against the Defendants Keith D. Patterson and Travelers Indemnity Insurance Company, and as grounds in support thereof state that this matter has been amicably resolved as to the Defendants Keith D. Patterson and Travelers Indemnity Insurance Company. Court costs have previously been paid, and no Court costs should be taxed against either party.

By: _____
Douglas J. Fees (FEE001)
The Cochran Firm
P.O. Box 508
Huntsville, Alabama 35804
(256) 536-1199
Attorney for Plaintiffs
DFees@CochranFirm.com

By: _____
Paige H. Sykes (HUD016)
Rogers & Associates
3000 Riverchase Galleria
Suite 650
Birmingham, AL 35244
(205) 982-4635
Attorney for Defendant The Travelers Indemnity Company of America
PSYKES@stpaultravelers.com


By: _____
Stanley A. Martin (MAR049)
S. Allen Martin, Jr. (MAR149)
Post Office Box 2526
Opelika, Alabama 36803-2526
(334) 749-4142
Attorneys for Defendant Keith D. Patterson
amartin@stanmartinlaw.com
smartin@stanmartinlaw.com