IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| JACQUELINE PORTER, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | CIVIL ACTION NO.3:06cv373-SRW |
| ) | |
| KEITH D. PATTERSON, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

Pursuant to the joint motion to dismiss filed by the parties on February 13, 2007, it is the ORDER, JUDGMENT and DECREE of the court that the motion is GRANTED and this cause be and hereby is DISMISSED with prejudice with each party to bear their own costs.

DONE, this 21st day of February, 2007.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE